1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DANIEL LOPEZ,                    ) NO. SACV 10-00676 GHK (SS)
                                      )
12                 Petitioner,        )
                                      )
13          v.                        )        **JUDGMENT**
                                      )
14   JOHN KATAVICH, Acting Warden,    )
                                      )
15                 Respondent.        )
     _____)

16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24       DATED: 7/16/10

25                                    _____
                                      GEORGE H. KING
26                                    UNITED STATES DISTRICT JUDGE

27

28